■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ORTIZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered July 23, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.